IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00326-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CASSELL ANTHONY KUOH (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on Charslyn G. Kuoh's Petition, (Doc. No. 74), filed in response to the Consent Order and Judgment of Forfeiture, (Doc. No. 63), in this case.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Petition within fourteen (14) days of the entry of this Order.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge