IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:16cr326-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| (1) CASSELL ANTHONY KUOH | ) |

**ORDER**

**THIS MATTER** is before the Court on the United States of America's Motion, (Doc. No. 76), to Issue a Redacted Version of the Consent Order and Judgment of Forfeiture, (Doc. No. 63).

For the reasons set forth in the Government's Motion, this Court finds good cause to grant the motion to redact the currently sealed order to limit account numbers to four digits so that notice of the forfeiture can be provided.

**IT IS, THEREFORE, ORDERED** that the Government will provide a redacted version of the Consent Order, (Doc. No. 63), to the Clerk of Court for filing unsealed.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge

1