IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-326-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| (1) CASSELL ANTHONY KUOH | ) |

**ORDER FOR DISMISSAL OF REAL PROPERTY
FROM CONSENT ORDER OF FORFEITURE**

**THIS MATTER** is before the Court on the Petition of Charslyn G. Kuoh asserting an interest in the real property identified as the Kuoh Residence, Roberts International Airport Highway, Lower Margibi County, Liberia, located at or about GPS coordinate 6.211322, -10.560056, (Doc. No. 74), and the United States' Amended Motion to Dismiss that property, (Doc. No. 79), from the Consent Order and Judgment of Forfeiture, (Doc. No. 63: Sealed Order; Doc. No. 81: Redacted Order). For the reasons set forth in the Motion, the Court finds good cause to grant the relief requested in the Motion.

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss Real Property, (Doc. No. 79), is **GRANTED** and the Court hereby **DISMISSES** the property described above from the Consent Order. The Court further finds that the Petition, (Doc. No. 74), is **MOOT**.

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge

1